**Al PIERRO, Petitioner–Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.**

No. 10–70074.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed March 6, 2012.

Al Pierro, Earlimart, CA, pro se.

Damon Taaffe, John A. Dicicco, Acting Assistant Attorney General, Gilbert Steven Rothenberg, Esquire, Deputy Assistant Attorney General, Bridget Maria Rowan, United States Department of Justice, Robert R. DiTrolio, Esquire, U.S. Tax Court, William J. Wilkins, Chief Counsel, Internal Revenue Service, Washington, DC, for Respondent–Appellee.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

### MEMORANDUM **

Al Pierro appeals pro se from the Tax Court's decision upholding the Commissioner of Internal Revenue's determination of a deficiency and additions to tax for tax year 2002. We have jurisdiction under 26 U.S.C. § 7482(a)(1). We review de novo the Tax Court's legal conclusions, and for clear error its factual findings. *Hardy v. Comm'r*, 181 F.3d 1002, 1004 (9th Cir. 1999). We affirm.

The Tax Court properly upheld the Commissioner's tax determination because the evidence at trial established that $12,500 was paid to the Internal Revenue Service ("IRS") on Pierro's behalf in 2002, but he did not file a tax return for that year or pay the taxes due on that amount. *See Old Colony Trust Co. v. Comm'r*, 279 U.S. 716, 729, 49 S.Ct. 499, 73 L.Ed. 918 (1929) (payments made directly to IRS on taxpayer's behalf constitute taxable income to the taxpayer); *see also* 26 U.S.C. § 6651(a)(1), (a)(2) (providing for additions to tax where taxpayer fails, without rea-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

sonable cause, timely to file a tax return or to pay the taxes due).

Pierro's remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.